No. 09–6822. PEPPER *v.* UNITED STATES. C. A. 8th Cir. [Certiorari granted, 561 U. S. 1024.] Motion of petitioner for ap-

pointment of counsel granted. Alfredo Parrish, Esq., of Des Moines, Iowa, is appointed to serve as counsel for petitioner in this case. Motion of petitioner for leave to file volume II of the joint appendix under seal granted. JUSTICE KAGAN took no part in the consideration or decision of these motions.